AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
APR - 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>DAMON LEE DAVIS, a/k/a "Ricky Button" and<br>DAWN LYNE DEDRICK, a/k/a "Dawn Workman",<br><br>Defendant(s) | )<br>)<br>) Case No. 4-13-70351<br>)<br>) OAKLAND VENUE    MAG<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 7, March 20, March 29 & April 1, 2013  in the county of  Contra Costa  in the
 Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1708 | Mail theft or possession of stolen mail |
| PENALTIES: | 5 years imprisonment<br>$250,000 fine<br>3 years supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

APPROVED AS TO FORM:
_[signature]_
for AUSA CHRISTINA MCCALL

_[signature]_
Complainant's signature

Francisco J. Garcia, U.S. Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 4/2/13

_[signature]_
Judge's signature

City and state:       Oakland, California        Kandis Westmore, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT OF POSTAL INSPECTOR

I, Francisco J. Garcia being duly sworn, depose and state:

### Introduction and Background

1. I am a United States Postal Inspector assigned to the San Francisco Division of the United States Postal Inspection Service ("Inspection Service"), and have been so employed since January 2007. I am currently assigned to the External Crimes Team in Oakland, California. The External Crimes Team investigates postal related crimes including the theft of the United States Mail, and the related crimes of identity theft, check and credit card fraud and bank fraud.

2. I have the following education and training: I hold a Bachelor of Arts degree in Business Administration from the University of Puerto Rico. As a Postal Inspector, I received training in the areas of mail theft, mail fraud, identity theft and credit card fraud at the Inspection Service Career Development Division training academy. During my employment with the Inspection Service, I have participated in investigations involving the theft of mail, and the related crimes of identity theft, check and credit card fraud and bank fraud. I have interviewed witnesses and cooperating individuals regarding mail theft and identity theft. I have also read official reports of other law enforcement officers and postal inspectors. Prior to becoming a Postal Inspector I was a Customs and Border Protection Officer for approximately 18 months. I received training at the Federal Law Enforcement Training Center with an emphasis in Immigration and Customs Law, as well as interview techniques, document analysis and fraud trends.

Purpose of Criminal Complaint

3. This affidavit is presented in support of an application for a criminal complaint and arrest warrants for Damon Lee Davis ("DAVIS") aka Ricky Button and Dawn Lyne Dedrick ("DEDRICK") aka Dawn Workman.

4. The information presented in this affidavit is based on information I have gained from my personal investigation and observations, investigation by other officers, interviews of victims and my training and experience. As described herein, probable cause exists to believe that DAVIS and DEDRICK have violated Title 18 United States Code, Section 1708 (Theft of Mail and Possession of Stolen Mail).

Details of Investigation

5. For various months the P.O. Boxes at the Concord Main Post Office have been the target of vandalism and mail theft. In an attempt to identify the responsible individuals, postal inspectors installed a covert camera. On March 7, 2013, the Concord Main Post Office Postmaster contacted the Inspection Service reporting they discovered a P.O. Box had been pried open. The P.O. Boxes at the Concord Main Post Office have a clear window which allows customers to know they have mail without actually opening the door. On March 21, 2013, I reviewed the surveillance video and noticed that at approximately 12:29 AM on March 7, 2013 a white female adult, later identified as DEDRICK, was walking down the P.O. Boxes corridor looking at the different boxes. A few minutes later a black male adult, later identified as DAVIS, is seen walking down the P.O. Boxes corridor, prying open a P.O. Box with what appears to be a long tool and stealing mail.

6. Based on my training and experience I know that individuals who break into P.O. Boxes usually use tools such as screwdrivers, crowbars or similar tools to break the locks to pry the doors open.

7. On March 20, 2013, the Concord Main Post Office Postmaster contacted the Inspection Service reporting they discovered another P.O. Box (#5932) had been pried open. On March 21, 2013, I reviewed the surveillance video and noticed that at approximately 10:36 PM, on March 19, 2013, DAVIS is walking down the P.O. Box corridor with what appears to be a white envelope in his hands. Seconds later DEDRICK meets him in the corner of the corridor and they both disappear out of the camera's view. At approximately 10:38 PM, DAVIS walks down the corridor looking through the P.O. Boxes' window and eventually pries open a P.O. Box with what appears to be a long tool. He throws away some of the mail and keeps some. He is seen walking away from the camera view while still holding some mail in his hands. He is wearing what appears to be a black baseball hat with a design on the front and a small rectangle shaped design on the back.

8. On March 21, 2013, I made still photographs from the surveillance video depicting the unknown white female adult and the black male adult and forwarded them to a Concord Police Department (CPD) Detective. The detective forwarded the photographs to his officers and received replies from five different officers stating they recognized the individuals on the photographs as DEDRICK and DAVIS.

9. I conducted a criminal records check through the Contra Costa County Criminal Records Database "ARIES" and discovered DAVIS was on searchable probation stemming from a felony conviction. I confirmed his probation terms are valid until June 21, 2015.

10. On March 29, 2013, I was informed by the Antioch Post Office Postmaster that the panel box at the Cross Pointe Apartments in Antioch, CA had been pried open. The box panel at the Cross Pointe Apartments complex had been hit in the past so we had installed a covert camera. The panel is enclosed on a "gazebo" type structure and the camera we installed does not have a view of the entire panel. The panels affected on this incident are not covered by the surveillance camera. On March 29, 2013, I

reviewed the surveillance footage and noticed that at approximately 10:24 AM on March 28, 2013, a female matching DEDRICK's description is at the gazebo for approximately seven minutes. Thru the reflection of the window of a car parked in front of the gazebo it appears she's sorting thru mail. She is later seen throwing some mail out in a trash can inside the gazebo and a good picture of her face is captured. At approximately 1:02 AM on March 29, 2013, the same female is again seen exiting the gazebo. At approximately 1:06 AM a male matching the description of DAVIS is seen entering the gazebo and throwing some mail away. He is wearing a sleeveless hooded black jacket and what appears to be a white and dark colored baseball cap.

11. On March 30, 2013, I was informed DAVIS and DEDRICK were staying at room #101 of the Extended Stay located at 3220 Buskirk Ave. Pleasant Hill, CA. On April 1, 2013, I drove by the Extended Stay and saw DEDRICK's vehicle parked outside. I entered the hotel and asked the employee if DEDRICK was still staying in room #101 and he confirmed she was. I asked him if she was being accompanied by a black male adult and he said yes. I showed photographs of both DEDRICK and DAVIS to the employee and he confirmed they were the individuals staying at room #101. He also stated they were being accompanied by their daughter, a teenager.

12. On April 1, 2013, postal inspectors, CPD Detectives and Pleasant Hill PD Officers conducted a probation search at room #101. Hundreds of pieces of stolen mail were recovered including checks (altered and un-altered), credit cards, Netflix, etc. A black San Francisco Giants baseball cap bearing the "SF" emblem in a gold font in the front and a rectangle shaped Major League Baseball logo on the back and a black sleeveless hooded jacket were also found. This hat and jacket match the hat and jacket worn by DEDRICK on the March 19 incident at the Concord Main Post Office. A blue, black, white and red baseball hat was also found in the room. This hat appears to be the same one worn by DEDRICK on the March 29 incident at the apartment complex in Antioch, CA. A piece of mail from P.O. Box 5932 in Concord, CA was also recovered. This is the same box that was hit on the March 19 incident at the Concord Main Post Office.

13. DEDRICK's vehicle was searched after obtaining her consent and a small black crowbar style tool covered in black tape was recovered in the front driver's side door pocket. A yellow and black flat head screwdriver partially wrapped in green tape was also recovered from under the passenger side's front seat.

14. During a pat down of DEDRICK, one of the CPD Detectives felt something in the front part of DEDRICK's jeans. A search incident to arrest was performed and 12 checks drawn on the accounts of different individuals were recovered hidden inside the front of DEDRICK's jeans. I was able to confirm four of the checks were stolen from the mail and four were stolen from a vehicle burglary. An altered check was also found inside DEDRICK's right back pocket. The original payee and amount have been scratched off. All of the victims contacted stated they do not know DEDRICK or DAVIS nor did they authorize them to be in possession of their mail or belongings.

Statement of Expertise, Summary and Conclusion

15. Based upon the information contained in this affidavit, I believe probable cause exists to establish that in the Northern District of California, Damon Lee Davis and Dawn Lyne Dedrick, knowingly and unlawfully committed a violation of 18 USC 1708, Mail Theft and Possession of Stolen Mail.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed this 2nd day of April 2013, at Oakland, California.

_____
Francisco J. Garcia
U.S. Postal Inspector

Sworn and subscribed before me on this 2nd April 2013

_____
Kandis A. Westmore
U.S. Magistrate Judge