FILED

SEP 2 / 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

DAMON LEE DAVIS,

        Defendant.

_____/

No.: CR13-0237-JSW

ORDER OF REMAND

    The defendant having appeared before the undersigned Magistrate Judge,

IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal.

Dated: September 27, 2017

DONNA M. RYU
United States Magistrate Judge